IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02655-MEH

PETER V. ANDERSON, on behalf of himself and others similarly situated,

    Plaintiff,

v.

SYNGENTA SEEDS, INC., a Delaware corporation,
SYNGENTA AG, a Swiss corporation,
SYNGENTA CROP PROTECTION AG, a Swiss corporation,
SYNGENTA CORPORATION, a Delaware corporation,
SYNGENTA CROP PROTECTION, LLC, a Delaware limited liability company,
SYNGENTA BIOTECHNOLOGY, INC., a Delaware corporation,
GAVILON GRAIN, LLC, a Delaware limited liability company,
ARCHER DANIELS MIDLAND COMPANY, a Delaware corporation,
BUNGE NORTH AMERICA, INC., a New York corporation,
CARGILL, INCORPORATED, a Delaware corporation,
CARGILL INTERNATIONAL, SA, a Swiss corporation,
LOUIS DREYFUS COMMODITIES, LLC, a Delaware limited liability company, and
LOUIS DREYFUS COMMODITIES, B.V., a private limited liability company incorporated in the Netherlands,

    Defendants.

## DEFENDANT GAVILON GRAIN, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Gavilon Grain, LLC ("Gavilon") certifies as follows:

Gavilon is a Limited Liability Company, with no parent corporation or publicly-held corporation owning any stock. As a Limited Liability Company, Gavilon does not have any stock.

Dated:  December 17, 2015

Respectfully submitted,

*s/ Andrew M. Unthank*
Andrew M. Unthank
Kasey K. Johnson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244-1800
Email:  unthank@wtotrial.com
            kjohnson@wtotrial.com

James G. Powers
Patrick D. Pepper
McGrath North
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
Telephone:  402.341.3070
Email:  jpowers@mcgrathnorth.com
            ppepper@mcgrathnorth.com

*Attorneys for Defendant Gavilon Grain, LLC*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on December 17, 2015 I electronically filed the foregoing **DEFENDANT GAVILON GRAIN, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **David S. Chipman**
  dchipman@chipmanglasser.com

- **Robert Dale Green**
  green@greentriallaw.com

- **Sean D. Baker**
  baker@cruxlegal.com

*s/ Andrew M. Unthank*